**Order entered September 17, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-18-00166-CV

---

### IN RE ROSEWOOD PRIVATE INVESTMENTS, INC., ROSEWOOD VISION CORPORATION, INSIGHT EQUITY A.P.X COMPANY, LLC, INSIGHT EQUITY VISION PARTNERS, LP, AND INSIGHT EQUITY MANAGEMENT COMPANY, LLC, RELATORS

---

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11870**

---

## ORDER

Based on the Court's opinion of this date, we **VACATE** our February 23, 2018 order staying all trial court proceedings and **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial court to issue a written order, within fifteen (15) days of this court's opinion, vacating its December 20, 2017 order denying relators' motion to dismiss, and dismissing the claims of the real party in interest. We **ORDER** the trial court to file with this court, within twenty (20) days of the date of this order, a certified copy of its order issued in compliance with this order. Should the trial judge fail to comply with this order, the writ will issue.

/s/     BILL WHITEHILL
          JUSTICE